UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARVIN E. TISDALE,

    Petitioner,

v.                                                            Case No. 6:05-cv-1091-Orl-31JGG

THOMAS S. FORNTER, et al.,

    Respondents.

## **ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Petitioner initiated this action for habeas corpus relief pursuant to 28 U.S.C. section 2254; however, Petitioner previously filed Case No. 6:03-cv-62-Orl-22JGG in this Court, which was dismissed by the Court on May 1, 2003.  Thus, the present habeas petition is a second or successive application for relief.  Before Petitioner will be permitted to file a second or successive habeas corpus application in this Court, Petitioner must move in the Eleventh Circuit Court of Appeals for an order authorizing the district court to consider the application.  *See* 28 U.S.C. § 2244(b)(3)(A).  For this reason, this case will be dismissed without prejudice to allow Petitioner the opportunity to seek authorization from the Eleventh Circuit Court of Appeals.

    Petitioner should be aware that section 2244(b)(2) limits the circumstances under which the Court of Appeals will authorize the filing of a second or successive habeas corpus petition.  Furthermore, section 2244(d) imposes a time limitation on the filing of a habeas corpus petition.  Petitioner, in seeking relief in the Court of Appeals, should be cognizant of both these provisions.

    Accordingly, it is now **ORDERED AND ADJUDGED**:

      1.      This case is hereby **DISMISSED** without prejudice.

      2.      The Clerk of the Court is directed to close this case and to send Petitioner an "Application for Leave to File a Second or Successive Habeas Corpus Petition 28 U.S.C. § 2244(b) By a Prisoner in State Custody" form.

**DONE AND ORDERED** at Orlando, Florida, this 6th day of October, 2005.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 10/6
Counsel of Record
Marvin E. Tisdale